UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| MICHAEL KUEBLER, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 3:18-cv-00113-RLY-MPB |
| ) | |
| VECTREN CORPORATION, *et. al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

**FINAL JUDGMENT**

Today, the court granted Defendants' motion to dismiss Plaintiffs' claims with prejudice. The court now enters final judgment in favor of Defendants and against Plaintiffs.

**SO ORDERED** this 6th day of September 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distributed Electronically to Registered Counsel of Record.