UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| MICHAEL KUEBLER, JAMES DANIGELIS, and MICHAEL NISENSHAL, All Individually and on Behalf of Others Similarly Situated,<br><br>Lead Plaintiffs,<br><br>v.<br><br>VECTREN CORPORATION, CARL L. CHAPMAN, DERRICK BURKS, MICHAEL L. SMITH, JAMES H. DEGRAFFENREIDT, JR., JOHN D. ENGELBRECHT, ANTON H. GEORGE, TERESA J. TANNER, ROBERT G. JONES, PATRICK K. MULLEN, R. DANIEL SADLIER, JEAN L. WOJTOWICZ,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  3:18-cv-00113-RLY-MPB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>NOTICE OF APPEAL BY MICHAEL KUEBLER AND JAMES DANIGELIS</u>**

Notice is hereby given that Lead Plaintiffs Michael Kuebler and James Danigelis appeal to the United States Court of Appeals for the Seventh Circuit from the Court's Entry on Motion to Dismiss dated September 6, 2019 (Filing No. 79), Amended Entry on Motion to Dismiss dated September 18, 2019 (Filing No. 83) (which corrected an error in the Court's Entry on Motion to Dismiss), and the accompanying Final Judgment (Filing No. 80) which granted the Defendants' motion to dismiss Plaintiffs' claims with prejudice and entered final judgment in favor of Defendants and against Plaintiffs.

1

DATED: October 7, 2019                          Respectfully submitted,

**OF COUNSEL**                                  /s/ Jason A. Shartzer
                                                Jason A. Shartzer, Atty. No. 23989-49
**MONTEVERDE & ASSOCIATES PC**                  **SHARTZER LAW FIRM, LLC**
Juan E. Monteverde                              156 E. Market Street
Miles D. Schreiner                              10th Floor, Suite 1000
The Empire State Building                       Indianapolis, IN 46204
350 Fifth Avenue, Suite 4405                    (317) 969-7600
New York, NY 10118                              (317) 969-7650 Fax
Tel: (212) 971-1341                             Email: jshartzer@shartzerlaw.com
Fax: (212) 202-7880
E-mail: jmonteverde@monteverdelaw.com           *Local Counsel for Lead Plaintiffs and the*
          mschreiner@monteverdelaw.com          *Putative Class*


**ADEMI & O'REILLY, LLP**
Guri Ademi
Shpetim Ademi
3620 East Layton Ave.
Cudahy, WI 53110
Tel: (414) 482-8000
Fax: (414) 482-8001
E-mail: gademi@ademilaw.com

*Counsel for Lead Plaintiffs Kuebler and*
*Danigelis and Co-Lead Counsel for the*
*Putative Class*

2